*A. A. Carmichael,* Attorney General of Alabama, *Bernard F. Sykes* and *James L. Screws,* Assistant Attorneys General, for respondent.

No. 242. MAMLIN ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Kester Walton* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for the United States.

No. 370. SOUTHWESTERN GREYHOUND LINES, INC. ET AL. *v.* KING. C. A. 10th Cir. Certiorari denied. *Earl Pruet* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Liftin* for respondent.

No. 371. KIVO ET AL., DOING BUSINESS AS JOHN KIVO & Co., *v.* LOEB. C. A. 2d Cir. Certiorari denied. *Allan R. Campbell* for petitioners. *Aloysius C. Falussy* for respondent.

No. 372. LEISHMAN *v.* RADIO CONDENSER CO. ET AL. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Leonard S. Lyon* and *Maxwell James* for respondents.

No. 398. TREASURE COMPANY ET AL. *v.* UNITED STATES, FOR THE USE OF RECONSTRUCTION FINANCE CORPORATION. C. A. 9th Cir. Certiorari denied. *Henry G. Bodkin, George M. Breslin* and *Michael G. Luddy* for petitioners. *Solicitor General Perlman, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States.